# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OVIDIU A. LUNGU,

      Plaintiff,    Case No.: 2:10-cv-01502-PMP-PAL

vs.            **ORDER**

COOPER TILE & RUBBER COMPANY, *et al.,*

      Defendants.

  This matter is before the court on the parties', Plaintiff Lungu's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Plaintiff's Complaint in this matter was filed in state court, and Defendant Chrysler Group, LLC subsequently removed the case to federal court September 3, 2010 (Dkt. #1). LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, the parties have failed to comply. Accordingly,

  **IT IS ORDERED** that the parties, Plaintiff Lungu shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 pm., October 18, 2010.** Failure to

///

///

///

1
2   comply may result in the issuance of an order to show cause why sanctions should not be imposed.
3   Dated this 4st day of October, 2010.
4
5   _____
    Peggy A. Leen
6   United States Magistrate Judge
7
8
...
28